```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KIM WOLPERT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　Defendant. | Civil Action<br>No. 08-4849 (JBS/KMW)<br><br>**ORDER** |

This matter having come before the Court on Defendant Abbott Laboratories' motion for summary judgment [Docket Item 67] and Plaintiff's motion to strike [Docket Item 101]; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**12th**__ day of **September, 2011** hereby

ORDERED that Defendant's motion for summary judgment is **GRANTED IN PART AND DENIED IN PART** as follows:

1) Defendant's motion for summary judgment will be **DENIED** as to Plaintiff's claim of employment discrimination under the NJLAD for Defendant's failure to hire her in August of 2007;

2) Defendant's motion for summary judgment will be **GRANTED** as to all of Plaintiff's other claims; and it is further

ORDERED that Plaintiff's motion to strike is **DENIED AS MOOT**.


　　　　　　　　　　　　　　　　　　s/ Jerome B. Simandle
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　U.S. District Judge