IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIM WOLPERT,<br><br>               Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>               Defendant. | HON. JEROME B. SIMANDLE<br><br>Civ. No. 08-4849 (JBS/KMW)<br><br>**ORDER** |

    This matter having come before the Court upon three motions in limine filed by Plaintiff [Docket Items 127, 128, & 129]; the Court having considered the submissions of the parties in support thereof opposition thereto; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this **5th** day of **March, 2012** hereby

    ORDERED that Plaintiff's motion to exclude 11 documents that disclose that Berry previously hired female employees and permitted them to take maternity leave [Docket Item 127] is **GRANTED IN PART AND DENIED IN PART** as follows:

        1.   GRANTED as to the documents related to maternity leave;

        2.   DENIED as to the documents related to hiring practices before and after the decision not to hire Plaintiff; and

        3.   ORDERED that Plaintiff is permitted to depose Berry on the limited topic of these documents and his hiring

of females before and after Plaintiff's non-selection, by telephone if Plaintiff desires; and it is further

ORDERED that Plaintiff's motion to exclude evidence regarding Jim DiIulio's post-hiring performance [Docket Item 128] is **DENIED;** and it is further

ORDERED that Plaintiff's motion for an instruction that she was fired as a result of Defendant's error [Docket Item 129] is **DENIED,** but either party may offer the Stipulation stated in ¶ 8 of the accompanying Memorandum Opinion.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge